UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Robert L. Otterness, | Court File No. 05-1617  (PAM/FLN) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Hoffman Enclosures Inc., | |
| Defendants. | |

---

Based upon the Stipulation of Dismissal With Prejudice signed by the parties [ECF Doc. #10], IT IS HEREBY ORDERED that:

The above-captioned matter is hereby dismissed with prejudice.  Each party is to bear its own costs.


Dated:  February 24,  2006            s/ Paul A. Magnuson
                                      The Honorable Paul A. Magnuson
                                      Judge of U.S. District Court